UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GLOBES, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>AFFINITY NIGHTLIFE, LLC and ADAM GLOVSKY,<br><br>                Defendants. | Case No. 2:25-cv-00091-WLH-PD<br>Hon. Wesley L. Hsu<br><br>**JUDGMENT AND PERMANENT INJUNCTION** |

On April 29, 2025, Plaintiff Golden Globes, LLC ("Plaintiff") filed its Notice of Motion and Motion for Default Judgment and Permanent Injunction ("Motion") Against Defendants Affinity Nightlife, LLC and Adam Glovsky ("Defendants").

On May 28, 2025, the Court issued an order **GRANTING** in part and **DENYING** in part Plaintiff's Motion. The Court hereby **ORDERS** that judgment be entered as follows:

1.    **IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff on Causes of Action I–III and V–VII, and that Defendants' conduct constitutes trademark infringement under 15 U.S.C. § 1114(1), false designation of origin under 15 U.S.C. § 1125(a), dilution by blurring under 15 U.S.C. § 1125(c), and unfair competition and trademark infringement under California state law.

2. **IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants on Cause of Action IV, and that Defendants' conduct does not constitute dilution by tarnishment under 15 U.S.C. § 1125(c).

3. **IT IS FURTHER ORDERED AND ADJUDGED** that permanent injunctive relief is warranted and thus entered as follows: Defendants are enjoined from further infringement of Plaintiff's Marks or any similar mark or designation or engaging in any activity that lessens the distinctiveness of Plaintiff's Marks.

4. **IT IS FURTHER ORDERED AND ADJUDGED** that this is an exceptional case pursuant to 15 U.S.C. § 1117(a) and that Plaintiff is therefore entitled to an award of its reasonable attorneys' fees in the amount of $14,565 as well as its costs in the amount of $1,432 and post-judgment interest as provided by law from the date of this Order until paid in full.

**IT IS SO ORDERED.**

Dated: 8/12/2025

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE